UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
In Re:                                                NOTICE OF APPEAL
    Baruch Lichtenstein                        CHAPTER 7
---------------------------------x                    Index No. 07-36617
Baruch Lichtenstein
       Appellant
    vs.
Cohen & Slamowitz and Capital One
       Appellee
---------------------------------x

      PLEASE TAKE NOTICE that Baruch Lichtenstein, appellant, by and through his attronrey, Law Office of Shmuel Klein, PC, appeals to the United States District Court for the Southern District of New York from the Amended Order of the Judge Cecilia G. Morris dated December 6, 2007 and entered in the office of the Clerk of said Court on December 6, 2007 and from each and every part thereof.

      This appeal is made pursuant to Federal Rule of Bankruptcy Procedure 8001(a), 8002(a).

      In accordance with Rule 40(a) of the United States District Court for the Southern District of New York, the name of the other parties to the Order and their respective attorneys of record are listed below.

| Parties | Attorneys |
|---|---|
| Baruch Lichtenstein | Law Office of Shmuel Klein, PC<br>268 Route 59<br>Spring Valley, NY 10977<br>(845) 425-2510 |
| Cohen & Slamowitz and Capital One | Michael Mc Auliffe<br>48 South Service Road Suite 102<br>Melville, NY 11747 |

Dated: December 15, 2007
Spring Valley, NY 10977

                                                  ____/s/_____
                                                  Shmuel Klein
                                                  Attorney for Debtor
                                                  268 West Route 59
                                                  Spring Valley, NY 10977
                                                  845-425-2510