UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------x
In Re:

    Baruch Lichtenstein                                                **CHAPTER 7**

--------------------------------x                                       Index No. 07-36617

Baruch Lichtenstein
           Appellant

    vs.

Cohen & Slamowitz and Capital One
           Appellee
--------------------------------x

**APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES
PURSUANT TO BANKRUPTCY RULE 8006**

Appellant having filed a notice of appeal dated December 15, 2007 from an order of the bankruptcy court dated December 6, 2007, which granted Appellee Cohen & Slamowitz and Capital One motion to "vacate automatic stay" hereby designates the following for inclusion in the record on appeal and sets forth a statement of issues to be presented on appeal.

**Designation of Contents of Record**

1.     Entire File maintained of this Chapter 7 case.

<u>Issues Presented</u>

1. Whether the Bankruptcy Judge erred and/or abused discretion in denying debtor's motion for violation of the automatic stay?

Dated: December 15, 2007
       Spring Valley, NY                                      _____/s/_____
                                                                          Shmuel Klein
                                                                          Attorney for Debtor
                                                                           268 West Route 59
                                                                           Spring Valley, NY 10977
                                                                           845-425-2510